# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| WANDA BOGIE, | Case No. 1:20-cv-00044-NONE-BAM |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR SUBSTITUTION OF ATTORNEY** |
| v. | |
| ETHICON, INC., ET AL. | |
| Defendants. | |

The Court hereby orders that the application of Tucker Ellis LLP to substitute in as counsel for Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson in place of attorneys from Butler Snow and Thomas Combs & Spann **IS HEREBY GRANTED**.

The following attorneys from Tucker Ellis LLP shall be counsel of record for Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson:

- Mollie F. Benedict, State Bar No. 187084;
- Joshua J. Wes, State Bar No. 238541; and
- Aggie B. Lee, State Bar No. 228332.

And the following attorneys will be withdrawn as counsel:

- Anita Modak-Truran of Butler Snow
- Christy D. Jones of Butler Snow
- Kari L. Sutherland of Butler Snow
- William M. Gage of Butler Snow

- David B. Thomas of Thomas Combs & Spann
- Susan M. Robinson of Thomas Combs & Spann

IT IS SO ORDERED.

Dated: **March 9, 2020**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28