# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA BOGIE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00044-NONE-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW THOMAS R. KLINE AND MICHELLE L. TIGER AS COUNSEL OF RECORD**<br><br>(Doc. No. 62) |

Currently before the Court is a motion to withdraw Thomas R. Kline and Michelle L. Tiger as counsel of record for Plaintiff Wanda Bogie ("Plaintiff"). (Doc. No. 62.) Although entitled a motion to withdraw, the motion is in effect a notice of withdrawal and no noticed motion is required as Plaintiff continues to be represented by counsel in this matter. *See* Local Rule 182(d).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that counsel Thomas R. Kline and Michelle L. Tiger are WITHDRAWN as counsel for record in this case. The Clerk of Court is directed to terminate Mr. Kline and Ms. Tiger as counsel for Plaintiff in the above-captioned matter.

IT IS SO ORDERED.

　Dated:　**March 12, 2020**　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1