**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANDA BOGIE | Case No.: 1:20-cv-00044-AWI-JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 81) |
| ETHICON, INC., et al., | |
| Defendants. | |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 81 at 1) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **<u>no later than September 21, 2020</u>**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

    Dated:  <u>**July 20, 2020**</u>          <u>**/s/ Jennifer L. Thurston**</u>

                                      UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28